NUMBER 13-10-00084-CV


 COURT OF APPEALS


 THIRTEENTH DISTRICT OF TEXAS


 CORPUS CHRISTI - EDINBURG 

____________________________________________________________


ALLSTATE COUNTY MUTUAL APPELLANT,

INSURANCE COMPANY, 


 v.


PAYNE BROWNSVILLE, INC., 

D/B/A PAYNE LINCOLN MERCURY APPELLEE. 

____________________________________________________________


 On appeal from the County Court at Law No. 1

 of Cameron County, Texas.

____________________________________________________________


 MEMORANDUM OPINION


 Before Chief Justice Valdez and Justices Benavides and Vela 

Memorandum Opinion Per Curiam


Appellant, Allstate County Mutual Insurance Company, perfected an appeal from
a judgment entered by the County Court at Law No. 1 of Cameron County, Texas, in
cause number 2004-CCL-145-A. This appeal was abated by this Court on March 12,
2010, and the parties were ordered to mediation. 

The parties have filed a joint motion to dismiss with prejudice on grounds that the
parties have reached a compromise settlement agreement that resolves all disputes in
this matter. The parties request that this Court dismiss this case with prejudice. 
Accordingly, we REINSTATE the appeal.

The Court, having considered the documents on file and the joint motion to
dismiss with prejudice, is of the opinion that the motion should be granted. See Tex. R.
App. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby
DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties,
costs are taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the 6th

day of May, 2010.